# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willette Thomas Henderson ,

   Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.              3:11-cv-00195

Michael J. Astrue ,

   Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2012 Order.

            Signed: May 3, 2012

            Frank G. Johns, Clerk
            United States District Court